## Commonwealth ex rel. Marsh, Appellant, *v.* Cavell.

Submitted March 25, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

572

*Ellwood Marsh,* appellant, in propria persona.

*Edward C. Boyle,* District Attorney, *William Claney Smith* and *Wendell G. Freeland,* Assistant District Attorneys, for appellee.

OPINION PER CURIAM, April 20, 1957:
The order appealed from is affirmed on the opinion of Judge GRAFF, specially presiding in the court below.